```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
```

**Alexandria Division**

```
_____
CIPHERTRUST, INC.,             )
                               )
             Plaintiff,        )
V.                             )    Civil Action No. 1:04cv1232
                               )
TRUSECURE CORPORATION,         )
BETRUSTED US, INC.             )
AND                            )
BETRUSTED HOLDINGS, INC.,      )
                               )
             Defendants.       )
_____)
```

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that judgment is ENTERED for Defendants on the Complaint and on Count One and Count Two of the Counterclaims, and judgment is entered for the Plaintiff on Count Three and Count Four of the Counterclaims as there is no evidence of infringement and/or confusion in the marketplace regarding the CIPHERTRUST and CYBERTRUST marks.

```
                          /s/
                   _____
                   CLAUDE M. HILTON
                   UNITED STATES DISTRICT JUDGE
```

Alexandria, Virginia
November 28  , 2005